UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UZIEL AMAYA and**                          **CIVIL ACTION NO. 21-578-SDD-EWD**
**FERNANDO HERRERA**

**VERSUS**

**MKT CONSTRUCTION, LLC, MK SIMMONS**
**CONSTRUCTION, LLC and**
**DORIS CORRALES**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, through undersigned counsel, represent that no answer or motion for summary judgment has been filed in this matter, and give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all of the defendants.

Respectfully Submitted:

**ESTES DAVIS LAW, LLC**

*/s/ Daniel B. Davis*
Randall E. Estes (La. Bar Roll No. 22359)
Daniel B. Davis (La. Bar Roll No. 30141)
4465 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
Email: dan@estesdavislaw.com
*Attorneys for Plaintiffs*