# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UZIEL AMAYA and FERNANDO HERRERA**

**CIVIL ACTION NO. 21-578-SDD-EWD**

**VERSUS**

**MKT CONSTRUCTION, LLC, MK SIMMONS CONSTRUCTION, LLC and DORIS CORRALES**

## ORDER

Upon consideration of Plaintiffs' Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i) filed prior to the filing of an answer or motion for summary judgment by any defendant in this matter, it is hereby

ORDERED that this action is dismissed, without prejudice.

Signed at Baton Rouge, Louisiana, this 20th day of December, 2021.

_____
JUDGE, United States District Court
Middle District of Louisiana